NOVEMBER 3, 2010

No. 10–6833.  THOMAS v. LOUISIANA.  Ct. App. La., 4th Cir. Certiorari dismissed under this Court's Rule 46.

NOVEMBER 4, 2010

No. 10–7364 (10A456).  HALLFORD v. ALABAMA.  Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 5, 2010

No. 09–1400.  LABORERS DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION FUND ET AL. v. OMNICARE, INC., ET AL. C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 46.1.

NOVEMBER 8, 2010

No. 10–5464.  PERKINS v. AMMONS, WARDEN.  C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Holland* v. *Florida*, 560 U. S. 631 (2010).

No. 10–6315.  BERRYHILL v. HENRY, GOVERNOR OF OKLAHOMA, ET AL.  C. A. 10th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 10–6564.  CORBIN v. FLORIDA ET AL.  Dist. Ct. App. Fla., 1st Dist.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.